United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO HERNANDEZ JULIA, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-3242 |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Luis Alejandro Hernandez Julia filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). The respondents filed a 5-day notice of removal (Dkt. 7) on June 18, 2026. On September 8, 2026, the respondents advised the Court that the petitioner was removed from the United States on June 25, 2026 (Dkt. 9; Dkt. 9-1).

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). The Court therefore **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 30, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE